# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10829

_____

UNITED STATES OF AMERICA,

                                                                        Plaintiff-Appellee,

*versus*

ANDRE MICHAEL DUBOIS,
a.k.a. Larry Davis,
a.k.a. Andre Dubois,

                                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cr-00305-WMR-JKL-1

_____

2                          Order of the Court                        22-10829

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

Before WILLIAM PRYOR, CHIEF JUDGE, and ROSENBAUM and ABUDU, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 35. The Petition for Panel Rehearing also is DENIED. FRAP 40.